CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 2022-5899                                              SECTION B-5

RICKY JONES

v.

MICHAEL WOODS and ORKIN, LLC

FILED: _____                          _____
                                                  DEPUTY CLERK

### FIRST AMENDED PETITION FOR DAMAGES

**COMES NOW**, Petitioner, Ricky Jones, by and through undersigned counsel, who respectfully files this First Amended Petition for Damages, and alleges as follows:

### PARTIES

1.

Petitioner, **Ricky Jones**, is a Louisiana resident of full age and majority, and resides in and is domiciled in Orleans Parish, Louisiana.

2.

Made defendants are the following parties:

1.  **Michael Woods** is a person of full age of majority and resident of Orleans Parish, State of Louisiana.

2.  **Orkin, LLC** a foreign corporation authorized to do and doing business in the State of Louisiana, with its domicile address in New Castle, Delaware.

### JURISDICTION

3.

Jurisdiction is proper in this Court because this Court is given general jurisdiction and this matter arises out of a motor vehicle accident occurring in Louisiana and involving corporations transacting business in Louisiana.

### VENUE

4.

Pursuant to Louisiana Code of Civil Procedure articles 42, 72, and 76, venue is proper Orleans Parish as the alleged conduct in question took place in Orleans Parish, Louisiana.

## FACTS

5.

Defendants are jointly and *in solido* liable unto petitioners for such damages as are reasonable in these premises, including past, present, and future physical pain and suffering; past, present, and future mental pain and suffering; past, present, and future permanent disability; past lost wages; future lost wages; loss of earning capacity; medical expenses; property damages; rental expenses; loss of consortium; together with legal interest thereon from date of judicial demand, until paid, and for costs of these proceedings, for the following, to wit:

6.

On September 2, 2021, Petitioner Ricky Jones was riding his bicycle on St. Louis Street at the intersection of St. Louis Street and Royal Street in New Orleans.

7.

The Defendant, Michael Woods, who was the driver of an Orkin Pest Control Truck on July 7, 2021, was traveling on St. Louis Street. While attempting to avoid a parked car, Michael Woods suddenly and without warning struck Petitioner and his bike on the left side.

8.

The Defendant Michael Woods was operating the vehicle as a work vehicle at the time of the accident.

9.

Upon information and belief, Defendant Orkin LLC is liable to Plaintiffs for damages due to negligence and under the doctrines of vicarious liability and respondeat superior, and negligent in the following non-exclusive particulars:

A. Under the theory of respondeat superior for the negligence of its employee or agent, Michael Woods;

B. In allowing its vehicle to be driven by an unsafe and/or unskilled driver;

C. In failing to instruct the driver in the proper operation of the vehicle; and/or

D. Any and all other acts of negligence that may be proven at the trial of this matter.

10.

The sole and proximate cause of the above-reference accident was the negligence and fault of the Defendant, Michael Woods, and is attributed to, but not limited to, the following non-exclusive particulars:

A. Failure to see what he should have seen;

B. Failure to keep a good and careful lookout;

C. Failure to maintain a reasonable and proper control of the vehicle that he was operating;

D. Operating his vehicle in a careless and reckless manner without regard for the safety of others;

E. Failure to yield; and

F. Any and all other acts of negligence that may be proven at the trial of this matter.

11.

At all relevant times herein, Michael Woods was within the course and scope of his employment with Orkin LLC, rendering it liable under the doctrine of respondeat superior.

12.

As a result of the accident, Petitioner Ricky Jones sustained severe and disabling personal injuries, including but not limited to head (brain), loss of consciousness, back, neck, left shoulder, and right knee.

13.

As a result of the accident, Petitioner's bicycle (approximate value $150) was severely damaged.

14.

The Petitioners request a trial by jury.

15.

Petitioner avers that the amount in controversy in this matter exceeds the amount required for a jury trial as pursuant to Louisiana Code of Civil Procedure article 893.

16.

Petitioner further avers that his claim is worth more than $50,000 and acknowledges that a bond, to be determined by the Court, shall be required, as mandated by Louisiana Code of Civil Procedure article 1733(A)(2)(a) and its delays.

## PRAYER FOR RELIEF

WHEREFORE, the Petitioner prays that the Defendants be cited and served with a copy of this Petition and, after all proceedings are had, there by judgment in favor of the Petitioners and against the Defendants in amounts that are reasonable, including past, present, and future physical pain and suffering; past, present, and future mental pain and suffering; past, present, and future permanent disability; past lost wages; future lost wages; loss of earning capacity; medical expenses; property damages; rental expenses; loss of consortium; together with legal interest thereon from date of judicial demand, until paid, and for costs of these proceedings.

The Petitioner further prays for all general and equitable relief.

Respectfully submitted,

*/s/ Juan Lafonta*

Juan A. Lafonta (#27541)
JUAN LAFONTA & ASSOCIATES
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
Email: jlafonta@lafontalaw.com
*Counsel for Petitioner*

PLEASE SERVE THE FIRST AMENDED PETITION FOR DAMAGES ON:

**Michael Woods**
(please hold service)

**Orkin, LLC**
(please hold service)

- 5 -

## CIVIL DISTRICT COURT PARISH OF ORLEANS

## STATE OF LOUISIANA

DOCKET NO. 2022-5899                                                                                    SECTION B-5

### RICKY JONES

v.

### MICHAEL WOODS and ORKIN, LLC

### VERIFICATION

**BEFORE ME,** the undersigned Notary Public, duly commissioned and qualified in and for the aforesaid state and parish, personally came and appeared

### Ricky Jones

who, after being first duly sworn, did depose and say:

That he is the plaintiff and petitioner in the above and foregoing First Amended Petition for Damages, that he has read the same, and that all allegations of fact therein contained are true and correct to the best of his knowledge, information, and belief.

_____
Ricky Jones

**SWORN TO AND SUBSCRIBED** before me, this ___ day of _____, 2022.

_____
NOTARY PUBLIC

- 6 -

CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUISIANA

DOCKET NO. 2022-5899                                              SECTION B-5

RICKY JONES

v.

MICHAEL WOODS and ORKIN, LLC

REQUEST FOR WRITTEN NOTICE

Pursuant to Louisiana Civil Code articles 1571, 1913, and 1914, the undersigned counsel for the Petitioner Ricky Jones hereby requests written notice of all trial rule and/or hearing dates, dates of argument, signing of any final judgment, or rendition of any interlocutory order or judgment in the above-captioned cause.

Respectfully submitted,

*/s/ Juan Lafonta*

Juan A. Lafonta (#27541)
JUAN LAFONTA & ASSOCIATES
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
Email: jlafonta@lafontalaw.com
*Counsel for Petitioner*

## CIVIL DISTRICT COURT PARISH OF ORLEANS

## STATE OF LOUISIANA

DOCKET NO. 2022-5899            SECTION B-5

### RICKY JONES

v.

### MICHAEL WOODS and ORKIN, LLC

### JURY ORDER

Let there be a trial by jury upon applicant for jury trial depositing in the registry of the court the sum of $ _____ for each day the Court estimates the trial will last, the said deposit to be made on or before the date of trial, prior to the commencement of trial.

Orleans Parish, State of Louisiana, this ____ day of _____, 2022.

_____

JUDGE



# Notice of Service of Process

null / ALL
**Transmittal Number: 25357953**
Date Processed: 08/10/2022

| | |
|---|---|
| **Primary Contact:** | Christie Ellison<br>Rollins, Inc.<br>2170 Piedmont Rd NE<br>Atlanta, GA 30324-4135 |
| **Electronic copy provided to:** | Monica Raines<br>Natalie Evans |
| **Entity:** | Rollins, Inc.<br>Entity ID Number  0408826 |
| **Entity Served:** | Rollins Inc d/b/a Orkin Pest Control |
| **Title of Action:** | Ricky Jones vs. Michael Woods |
| **Matter Name/ID:** | Ricky Jones vs. Michael Woods (12672405) |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Orleans Parish District Court, LA |
| **Case/Reference No:** | 2022-05899 |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 08/03/2022 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| **Sender Information:** | Juan Lafonta and Associates<br>504-288-4911 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

ATTORNEY'S NAME: LaFonta, Juan A 27541
AND ADDRESS: 6305 ELYSIAN FIELDS AVENUE SUITE 207B, New Orleans, LA 70112

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

| NO: 2022-05899 | DIVISION: B | SECTION: 05 |
|---|---|---|

JONES, RICKY

Versus

WOODS, MICHAEL   ETAL ET AL

## CITATION

TO: ROLLINS INC D/B/A ORKIN PEST CONTROL
THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS THE PRENTICE-HALL CORPORATION SYSTEM, INC
501 LOUISIANA AVENUE, BATON ROUGE, LA 70802

**YOU HAVE BEEN SUED:**

You must either comply with the demand contained in the

PETITION FOR DAMAGES WITH REQUEST FOR WRITTEN NOTICE, JURY ORDER, VERIFICATION, REQUEST OF ADMISSION, INTERROGATORIES, REQUEST FOR PRODUCTIONS ATTACHED

a certified copy of which accompanies this citation, or file an answer or other legal pleading within the delay provided by Civil Code of Procedure Article 1001. The mentioned article is noted on the back of this page for your reference. You may make your filing in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA 70112.

## ADDITIONAL INFORMATION

Legal assistance is advisable. If you want a lawyer and can't find one, you may contact the New Orleans Lawyer Referral Service at https://neworleansbar.community.lawyer/. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through Southeast Louisiana Legal Services (SLLS) at 877-521-6242 or 504-529-1000.

********COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE********

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA July 21, 2022

Clerk's Office, Room 402
Civil Courts Building
421 Loyola Avenue
New Orleans, LA 70112

CHELSEY RICHARD NAPOLEON, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
Celeste Davis, Deputy Clerk

## SHERIFF'S RETURN
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this ___ day of _____ served a copy of the within PETITION FOR DAMAGES WITH REQUEST FOR WRITTEN NOTICE, JURY ORDER, VERIFICATION, REQUEST OF ADMISSION, INTERROGATORIES, REQUEST FOR PRODUCTIONS ATTACHED ON ROLLINS INC D/B/A ORKIN PEST CONTROL THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS THE PRENTICE-HALL CORPORATION SYSTEM, INC<br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____<br>Mileage: $ _____<br>_____/ ENTERED /_____<br>PAPER   RETURN<br>_____ / _____ / _____<br>SERIAL NO.  DEPUTY  PARISH | On this ___ day of _____ served a copy of the within PETITION FOR DAMAGES WITH REQUEST FOR WRITTEN NOTICE, JURY ORDER, VERIFICATION, REQUEST OF ADMISSION, INTERROGATORIES, REQUEST FOR PRODUCTIONS ATTACHED ON ROLLINS INC D/B/A ORKIN PEST CONTROL THROUGH: ITS REGISTERED AGENT FOR SERVICE OF PROCESS THE PRENTICE-HALL CORPORATION SYSTEM, INC<br>by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM/HER the said ROLLINS INC D/B/A ORKIN PEST CONTROL being absent from the domicile at time of said service.<br>Returned the same day<br>No. _____<br>Deputy Sheriff of _____ |

ID: 10958605                                       Page 1 of 2

Civil Code of Procedures
Article 1001

Art. 1001. Delay for answering

    A. A defendant shall file his answer within twenty-one days after service of citation upon him, except as otherwise provided by law. If the plaintiff files and serves a discovery request with his petition, the defendant shall file his answer to the petition within thirty days after service of citation and service of discovery request.

    B. When an exception is filed prior to answer and is overruled or referred to the merits, or is sustained and an amendment of the petition ordered, the answer shall be filed within fifteen days after the exception is overruled or referred to the merits, or fifteen days after service of the amended petition.

    C. The court may grant additional time for answering.

Acts 2021, No. 174, §1, eff. Jan. 1, 2022.

CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUSIANA

FILED JUL 01 2022
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL NO: 2022-5899　　　　　　　　　　DIVISION: B-5

RICKY JONES

VERSUS

MICHAEL WOODS, ROLLINS INC., d/b/a ORKIN PEST CONTROL, AND ABC INSURANCE COMPANY

FILED: _____　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## PETITION FOR DAMAGES

**NOW INTO COURT**, through undersigned counsel comes the petitioner, **RICKY JONES,** a person of full age of majority and resident of Orleans Parish, State of Louisiana, who respectfully represents:

**1.**

Made defendants herein are:

a. **MICHAEL WOODS**, a person of full age of majority and resident of Orleans Parish, State of Louisiana.

b. **ORKIN PEST CONTROL** a domestic business authorized, admitted and doing business in the State of Louisiana, which its principal place of business in Atlanta, Georgia;

c. **ABC INSURANCE COMPANY** a domestic/foreign insurance company authorized to do and doing business in the State of Louisiana.

**2.**

Venue is proper in Orleans Parish as the incident in question took place in New Orleans, Parish of Orleans, State of Louisiana.

**3.**

Defendants are jointly, *in solido and vicariously* liable unto Petitioner for such damages as are reasonable in these premises, including property damage; past, present and future physical pain and suffering; past, present, and future mental pain and suffering; past, present and future permanently disability; medical expenses and loss of consortium; together with legal interest thereon from date of judicial demand, until paid, and for cost of these proceeding, for the following, to wit:

4.

On or about July 7, 2021, Petitioner, **RICKY JONES**, was riding his bicycle on St. Louis Street at the intersection of St. Louis Street and Royal Street in New Orleans.

5.

Defendant, **MICHAEL WOODS,** who was the driver of an Orkin Pest Control Truck on July 7, 2021, was travelling on St. Louis Street. While attempting to avoid a parked car, Michael Woods suddenly and without warning struck Petitioner and his bike on the left side.

6.

The proximate cause of the above referenced accident was due to the negligence and fault of the Defendant, **MICHAEL WOODS**, said negligence and fault includes, but is not limited to the following particulars:

   a. Failure to use reasonable vigilance;

   b. Failure to see what should have been seen;

   c. Failure to keep a good and careful lookout;

   d. Operating the vehicle inattentively;

   e. Failure to maintain reasonable and proper control of the vehicle that was operated;

   f. Operating the vehicle in a careless and reckless manner without regard to the safety of others and;

   g. Any and all acts of negligence that may be proven at the trial of this matter.

7.

At all relevant times herein **ORKIN PEST CONTROL AND/OR ABC INSURANCE COMPANY,** provided a policy of liability insurance coverage which was in full force and effect for the truck driven by **MICHAEL WOODS** at the time of the accident sued upon herein and is liable for all damages occasioned by petitioner.

8.

At all relevant times herein, **MICHAEL WOODS** was within the course and scope of his employment with **ORKIN PEST CONTROL** rendering it liable under the doctrine of respondeat superior.

**9.**

As a result of the above reference incident and negligence of the defendant(s), petitioner has suffered severe and disabling injuries to:

   a. Head (Brain); Loss of Consciousness
   b. Back
   c. Neck
   d. Left Shoulder; and
   e. Right Knee

**10.**

As a result of the accident, Petitioner's bicycle (approximate value $150) was severely damaged.

**11.**

Petitioner is entitled to and hereby requests a jury trial.

**12.**

Petitioner avers that the amount of controversy in this matter exceeds the amount required for a jury trial as pursuant to Louisiana Code of Civil Procedure Article 893.

**13.**

Petitioner further avers that his claim is worth more than $50,000 and acknowledges that a bond, to be determined by the Court, shall be required as mandated by Louisiana Code of Civil Procedure Article 1733(A)(2)(a) and its delays.

**WHEREFORE**, Petitioner respectfully prays that:

1. The defendants be duly cited and served with a copy of this Petition for Damages and Jury Order;

2. After all proceedings are hand there be a judgement in favor of the Petitioner and against the defendants, **MICHAEL WOODS** and **ORKIN PEST CONTROL,** in amounts that are reasonable including property damage, past, present, and future physical pain and suffering; past, present, and future mental pain and suffering; past, present and future permanent disability; medical expenses; loss of consortium; and property damage, together with legal interest thereon from date judicial demand, until paid and for cost of these proceedings;

3. Petitioners further prays for a trial by jury;

3

4. The amount of controversy in this matter exceeds the amount required for a jury trial pursuant to Article 893;

5. Petitioner's claim is in excess of $50,000 and a bond shall be furnished as mandated by Article 1772(2)(a) and its delays.

Respectfully submitted,

_____
Juan Lafonta (LA #27541)
JUAN LAFONTA AND ASSOCIATES
6305 Elysian Fields Ave, Ste. 207
New Orleans, LA 70122
Telephone: (504) 288-4911
Facsimile: (504) 283-3303
Email: jlafonta@lafontalaw.com

Service Instructions:
Please Serve:

**MICHAEL WOODS**
(*hold service*)

**ROLLINS, INC. d/b/a ORKIN PEST CONTROL**
Through its registered agent for service of process
The Prentice-Hall Corporation System, Inc.
501 Louisiana Avenue
Baton Rouge, LA 70802

**ABC INSURANCE**
(*hold service*)

4



## CIVIL DISTRICT COURT PARISH OF ORLEANS
## STATE OF LOUSIANA

**CIVIL NO:**                                      **DIVISION:**

### RICKY JONES

### VERSUS

### MICHAEL WOODS, ROLLINS, INC. d/b/a ORKIN PEST CONTROL, AND ABC INSURANCE COMPANY

**FILED:** _____          _____
                                                                     **DEPUTY CLERK**

### **REQUEST FOR WRITTEN NOTICE**

Pursuant to Articles 1571, 1913 and 1914 of the Louisiana Code of Civil Procedure, the undersigned counsel for the Petitioner RICKY JONES, hereby request written notice of all trial rule and/or hearing dates, dates of argument, signing of any final judgement or rendition of any interlocutory order or judgement in the above entitled and number cause.

                                                                        Respectfully submitted,

                                                                         _____
                                                                         Juan Lafonta (LA #27541)
                                                                         JUAN LAFONTA AND ASSOCIATES
                                                                         6305 Elysian Fields Ave, Ste. 207
                                                                         New Orleans, LA 70122
                                                                         Telephone: (504) 288-4911
                                                                         Facsimile: (504) 283-3303
                                                                         Email: jlafonta@lafontalaw.com

CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUSIANA



FILED JUL 01 2022
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL NO:                                               DIVISION:

RICKY JONES

VERSUS

MICHAEL WOODS, ROLLINS INC., d/b/a ORKIN PEST CONTROL, AND ABC INSURANCE COMPANY

FILED: _____        _____
                                                                   DEPUTY CLERK

## JURY ORDER

Let there be a trial by jury upon applicant for jury trial depositing in the registry of the court the sum of $_____ for each day the Court estimates the trial will last, the said deposit to be made on or before the date of trial, prior to the commencement of trial.

*Jury Bond Order shall be issued when trial date is selected pursuant to La. C.C.P. art. 1734 and 1734.1*

Jefferson Parish, State of Louisiana, this _____ day of __JUL 1 3 2022__ 2022

(Sgd.) Rachael D. Johnson
Judge - Division "B"
**JUDGE**

*Jury Bond Order shall be issued when trial date is selected pursuant to La. C.C.P. art. 1734 and 1734.1*

A TRUE COPY
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA.

6

CIVIL DISTRICT COURT PARISH OF ORLEANS

STATE OF LOUSIANA



FILED JUL 01 2022
CLERKS OFFICE
CIVIL DISTRICT COURT

CIVIL NO:                                                   DIVISION:

**RICKY JONES**

**VERSUS**

**MICHAEL WOODS, ROLLINS INC., d/b/a ORKIN PEST CONTROL, AND ABC INSURANCE COMPANY**

FILED: _____          _____
                                                                           **DEPUTY CLERK**

## VERIFICATION

STATE OF LOUISIANA

PARISH OF ORLEANS

Before me, Notary public, came and appeared:

**RICKY JONES**

who after being sworn and deposed, did state:

That he is the plaintiff in the foregoing petition for damages, that he has read same carefully, and that all the allegations of fact contained therein are true and correct to the best of his knowledge, information and belief after reasonable inquiry.

_____
RICKY JONES

Subscribed and sworn to before me this 1st day of July, 2022.

_____
Notary Public

My commission expires:

KEENAN J. DUNLAP
Notary Public
State of Louisiana
Jefferson Parish
Notary ID # 86899
My Commission is for Life.

7